# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

IN RE:  )
) BK-00-31677-gwz-7
)
**JOHN & BARBARA HANDTE** )
) HEARING DATE:
) HEARING TIME:
)
Debtor s ) MOTION TO WITHDRAW MONEY
) UNDER 28 U.S.C. 2042

There was a dividend check in the amount of **$5815.39, and another for $5372.11, or a total of $11,187.50** in the above-named case issued to **Great Lakes Collection Bureau, Inc. (nka NCO Group))**. Said check having not been cashed by said payee, the Trustee, pursuant to 11 U.S.C. 347(a), delivered the unclaimed money to the Clerk, US Bankruptcy Court.

**PLEASE CROSS OUT THE PARAGRAPH THAT DOES NOT APPLY:**

1. ~~Claimant is the creditor or debtor in whose behalf these moneys were deposited and is entitled to the moneys deposited.~~

2. Claimant is not the creditor but is entitled to payment of these moneys because (Please list the basis for your claim to the moneys) **The creditor did not receive the check in the mail. The creditor believes this may have been due to the fact that subsequent to the claim filing, the assets of Great Lakes Collection (the original creditor) were purchased by NCO Group (the claimant). Evidence of this fact is included herewith, and that NCO Group, thru its Agent JM Partners LLC, now properly claims the funds as the successor-in-interest.**

(Please see attached copies of supporting documentation)

Date: 11/14/07

John J. Marshall / Managing Member
**Attorney-in-Fact for NCO Group**
Please mail the check to:
JM Partners LLC
PO Box 29940
Richmond, VA  23242-0940